**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1329**

IVA ROBBINS; IVAN ROBBINS,

              Plaintiffs - Appellants,

         v.

ALEXANDRIA REDEVELOPMENT AND HOUSING AUTHORITY,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.    Anthony John Trenga, District Judge.  (1:15-cv-00839-AJT-TCB)

Submitted:  December 15, 2016        Decided:  December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Iva Robbins, Ivan Robbins, Appellants Pro Se.   David Drake Hudgins, Amanda Murray Schwartz, HUDGINS LAW FIRM, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs Iva and Ivan Robbins appeal the district court's orders granting the Alexandria Redevelopment and Housing Authority summary judgment on Plaintiffs' 42 U.S.C. § 1983 (2012) action, and denying Plaintiffs' Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. <u>See</u> <u>Robbins v. Alexandria Redevelopment & Hous. Auth.</u>, No. 1:15-cv-00839-AJT-TCB (E.D. Va. Feb. 26, 2016; Mar. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>